```
 1  Matthew P. Lewis (SBN 155516)
    mlewis@whitecase.com
 2  Thomas J. Benedict (SBN 204420)
    tbenedict@whitecase.com
 3  WHITE & CASE LLP
    633 W. Fifth St., Suite 1900
 4  Los Angeles, CA  90071-2007
    Telephone:  (213) 620-7700
 5  Facsimile:  (213) 452-2329

 6  Eric Grannon (Admitted Pro Hac Vice)
    egrannon@whitecase.com
 7  J. Mark Gidley (Admitted Pro Hac Vice)
    mgidley@whitecase.com
 8  WHITE & CASE LLP
    701 Thirteenth St., N.W.
 9  Washington, D.C.  20005

10  Attorneys for Defendants
    Par Pharmaceutical Companies, Inc. &
11  Paddock Laboratories, Inc.
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIMED PHARMACEUTICALS, INC.; SOLVAY PHARMACEUTICALS, INC.; WATSON PHARMACEUTICALS, INC.; PAR PHARMACEUTICALS, INC.; and PADDOCK LABORATORIES, INC.,<br><br>Defendants. | Case No. CV 09-00215 MRP (PLAx)<br><br>**DEFENDANTS PAR PHARMACEUTICAL COMPANIES, INC. AND PADDOCK LABORATORIES, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date: May 11, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Mariana R. Pfaelzer<br>Room: Courtroom 12 |

# ARGUMENT

Defendants Par Pharmaceutical Companies, Inc. ("Par") and Paddock Laboratories, Inc. ("Paddock") respectfully move this Court for an Order dismissing with prejudice each of the claims for relief asserted against Par and Paddock by Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. (the "Plaintiffs"). This litigation follows on from the related case of *Federal Trade Commission v. Watson Pharmaceuticals, Inc.*, Civ. No. 09-00598 MRP (PLAx) ("Case No. 09-00598"), filed by Plaintiffs Federal Trade Commission and the State of California (collectively, the "Government Plaintiffs"), pending before this Court, and to a large degree this complaint and the complaints in *Louisiana Wholesale Drug Co., Inc. v. Unimed Pharms., Inc.*, Civ. No. 09-00228, and *Rochester Drug Co-operative, Inc. v. Unimed Pharms., Inc.*, Civ. No. 09-00226, (the "Related Cases") mirror the allegations in the Federal Trade Commission complaint.

For the reasons set forth in the attached "Appendix," which includes the Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiffs' First Amended Complaint filed in Case No. 09-00598 on April 6, 2009, the accompanying Declaration of Eric Grannon, all related exhibits, and the bases for dismissal detailed in the motions to dismiss filed by Par/Paddock's co-Defendants, Solvay and Watson, Defendants Par and Paddock respectfully request this Court to dismiss all claims against them with prejudice.

2

DEFENDANTS PAR PHARMACEUTICAL COMPANIES, INC. AND PADDOCK LABORATORIES, INC.'S
MEMORANDUM IN SUPPORT OF MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT — CV 09-00215 MRP (PLAx)

## CONCLUSION

For the foregoing reasons, the Court should dismiss all claims asserted against Defendants Par and Paddock with prejudice.

Dated: April 6, 2009                    Respectfully submitted,

By: /s/ Eric Grannon
Eric Grannon
J. Mark Gidley
Matthew P. Lewis
Thomas J. Benedict
WHITE & CASE LLP

Attorneys for Defendants
Par Pharmaceutical Companies, Inc. &
Paddock Laboratories, Inc.