IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIMED PHARMACEUTICALS, INC., SOLVAY PHARMACEUTICALS, INC., WATSON PHARMACEUTICALS, INC., PAR PHARMACEUTICALS, INC., and PADDOCK LABORATORIES, INC.,<br><br>Defendants. | Case No. 1:09-cv-958-TWT |

**DEFENDANTS' MOTION TO DISMISS THE
<u>SECOND AMENDED COMPLAINT</u>**

COME NOW, Unimed Pharmaceuticals, LLC, Solvay Pharmaceuticals, Inc. and Watson Pharmaceuticals, Inc. (collectively "Defendants"), by and through their undersigned counsel of record, and hereby move this Court to dismiss with prejudice Plaintiff's Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), on the ground that the Second Amended Complaint fails to state any claim upon which relief may be granted.

In support of this Motion, Defendants herewith submit their Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Complaint.

Respectfully submitted, this 31st day of August, 2009.

| | |
|---|---|
| Mark W. Ryan* | /s/ Teresa T. Bonder |
| John Roberti* | Teresa T. Bonder |
| Christopher J. Kelly* | Georgia Bar No. 703969 |
| MAYER BROWN LLP | Matthew D. Kent |
| 1999 K Street NW | Georgia Bar No. 526272 |
| Washington, D.C. 20006 | ALSTON & BIRD LLP |
| 202-263-3000 (telephone) | 1201 West Peachtree Street |
| 202-263-3300 (facsimile) | Atlanta, GA  30309-3424 |
| MRyan@mayerbrown.com | (404) 881-7000 (telephone) |
| JRoberti@mayerbrown.com | (404) 881-7777 (facsimile) |
| CJKelly@mayerbrown.com | teresa.bonder@alston.com |
| *Admitted *Pro Hac Vice* | matthew.kent@alston.com |
| | |
| *Counsel for Unimed Pharmaceuticals, Inc. and Solvay Pharmaceuticals, Inc.* | *Counsel for Unimed Pharmaceuticals, Inc. and Solvay Pharmaceuticals, Inc.* |

Steven C. Sunshine*
Julia K. York*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Ave., N.W.
Washington, D.C. 20005
(202) 371-7000 (telephone)
(202) 393-5760 (facsimile)
steven.sunshine@skadden.com
julia.york@skadden.com
*Admitted *Pro Hac Vice*

*Counsel for Watson Pharmaceuticals, Inc.*

David A. Rabin
Georgia Bar No. 591469
Jason W. Eakes
Georgia Bar No. 237048
MORRIS, MANNING & MARTIN, LLP
3343 Peachtree Road, N.E.
Suite 1600 Atlanta Financial Center
Atlanta, GA 30326
(404) 233-7000 (telephone)
(404) 365-9532 (facsimile)
drabin@mmmlaw.com
jeakes@mmmlaw.com

*Counsel for Watson Pharmaceuticals, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIMED PHARMACEUTICALS, INC., SOLVAY PHARMACEUTICALS, INC., WATSON PHARMACEUTICALS, INC., PAR PHARMACEUTICALS, INC., and PADDOCK LABORATORIES, INC.,<br><br>Defendants. | Case No. 1:09-cv-958-TWT |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel hereby certifies that the foregoing motion has been prepared in accordance with Local Rule 5.1B using Times New Roman 14 point font.

Respectfully submitted this 31st day of August, 2009.

/s/ Teresa T. Bonder
Teresa T. Bonder
Georgia Bar No. 703969
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)
teresa.bonder@alston.com

DCDB01 20935454.1 28-Aug-09 09:49

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MEIJER, INC. and MEIJER DISTRIBUTION, INC.**, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**UNIMED PHARMACEUTICALS, INC., SOLVAY PHARMACEUTICALS, INC., WATSON PHARMACEUTICALS, INC., PAR PHARMACEUTICALS, INC., and PADDOCK LABORATORIES, INC.**,<br><br>Defendants. | **Case No. 1:09-cv-958-TWT** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2009, a copy of the foregoing Defendants' Motion to Dismiss the Second Amended Complaint was filed electronically using the CM/ECF system in the United States Court for the Northern District of Georgia. The Court has electronically mailed this document to the following attorneys of record:

Kenneth S. Canfield
DOFFERMYRE SHIELDS CANFIELD
KNOWLES & DEVINE
1355 Peachtree Street, N.E.
Suite 1600
Atlanta, GA  30309
(404) 881-8900 (telephone)
kcanfield@dsckd.com (email)

Linda P. Nussbaum
John D. Radice
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, NY 10022

*Attorneys for Meijer Distribution, Inc.*

David A. Rabin
Jason W. Eakes
MORRIS, MANNING & MARTIN, L.L.P.
3343 Peachtree Road, N.E.
Suite 1600 Atlanta Financial Center
Atlanta, Georgia 30326

*Attorneys for Defendant Watson Pharmaceuticals, Inc.*

Mark G. Trigg
Ryan C. Grelecki
GREENBERG TRAURIG, LLP
The Forum
3290 Northside Parkway
Atlanta, GA 30327

2

*Attorneys for Defendants Par Pharmaceutical Companies, Inc. and Paddock Laboratories, Inc.*

Steven C. Sunshine
Julia Kupfer York
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave., N.W.
Washington, D.C. 20005

*Attorneys for Defendant Watson Pharmaceuticals, Inc.*

Eric Grannon
J. Mark Gidley
Stephen M. LeBlanc
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005

*Attorneys for Defendants Par Pharmaceutical Companies, Inc. and Paddock Laboratories, Inc.*

3

I hereby certify that on this 31st day of August, 2009, a copy of the foregoing Defendants' Motion to Dismiss the Second Amended Complaint was served via first class mail, postage prepaid, on the following parties:

>Lori S Brody
>KAPLAN FOX & KILSHEIMER LLP
>1801 Century Park East Suite 1420
>Los Angeles, CA 90067
>
>Laurence D. King
>Linda M. Fong
>KAPLAN FOX & KILSHEIMER, LLP
>350 Sansome Street, Suite 400
>San Francisco, CA  94104
>
>Donald L. Perelman
>Roberta Liebenberg
>FINE KAPLAN & BLACK RPC
>1835 Market Street 28th Floor
>Philadelphia, PA  19103
>
>Joseph M. Vanek
>David P. Germaine
>VANEK, VICKERS & MASINI, P.C.
>111 South Wacker Drive, Suite 4050
>Chicago, IL  60606
>
>Paul E. Slater
>SPERLING & SLATER
>55 West Monroe Street, Suite 3200
>Chicago, IL  60603

        Joseph R. Saveri
        Eric B. Fastiff
        Jordan Elias
        LIEFF CABRASER HEIMANN &
        BERNSTEIN, LLP
        Embarcadero Center West
        Battery Street, Suite 3000
        San Francisco, CA  94111-3339

*Attorneys for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc.*

Dated:  August 31, 2009    /s/ Matthew D. Kent