# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., et al.,<br>        Plaintiffs,<br>                v.<br>UNIMED PHARMACEUTICALS, INC., et al.<br>        Defendants. | Case No. 09-cv-00956-TWT |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., et al.,<br>        Plaintiffs,<br>                v.<br>UNIMED PHARMACEUTICALS, INC., et al.<br>        Defendants. | Case No. 09-cv-00957-TWT |
| MEIJER, INC., et al.,<br>        Plaintiffs,<br>                v.<br>UNIMED PHARMACEUTICALS, INC., et al.<br>        Defendants. | Case No. 09-cv-00958-TWT |

### DEFENDANTS PAR PHARMACEUTICAL COMPANIES, INC. AND PADDOCK LABORATORIES, INC.'S MOTION TO DISMISS THE PRIVATE PLAINTIFFS' SECOND AMENDED COMPLAINTS

Defendants Par Pharmaceutical Companies, Inc. ("Par") and Paddock Laboratories, Inc. ("Paddock"), by and through their attorneys, hereby move for an order under Federal Rule of Civil Procedure 12(b)(6) dismissing with prejudice

each of the claims for relief asserted against Par and Paddock in Plaintiffs' Second Amended Complaints for failure to state a claim upon which relief can be granted.

In support of this Motion, Par and Paddock rely on the bases for dismissal detailed in the motion to dismiss and memorandum in support thereof filed this same day, August 31, 2009, by Par/Paddock's co-Defendants, Solvay and Watson, the attached Memorandum of Law in Support of Par/Paddock's Motion to Dismiss the Private Plaintiffs' Second Amended Complaints, all papers and records on file herein, and all matters of which the Court may take judicial notice, and such further evidence or argument that the Court may consider.

Respectfully submitted, this 31st day of August, 2009.

|  |  |
|---|---|
| Eric Grannon* | /s/ Mark G. Trigg |
| J. Mark Gidley* | Mark G. Trigg |
| Stephen M. LeBlanc* | Georgia Bar No. 716295 |
| WHITE & CASE LLP | Ryan C. Grelecki |
| 701 Thirteenth Street, N.W. | Georgia Bar No. 245068 |
| Washington, DC  20005 | GREENBERG TRAURIG, LLP |
| (202) 626-3600 (telephone) | The Forum |
| (202) 639-9355 (facsimile) | 3290 Northside Parkway, Suite 400 |
| egrannon@whitecase.com | Atlanta, GA  30327 |
| mgidley@whitecase.com | (678) 553-2100 (telephone) |
| sleblanc@whitecase.com | (678) 553-2212 (facsimile) |
| *Admitted *Pro Hac Vice* | triggm@gtlaw.com |
|  | greleckir@gtlaw.com |

*Counsel for Defendants Par Pharmaceutical Companies, Inc. & Paddock Laboratories, Inc.*

*Counsel for Defendants Par Pharmaceutical Companies, Inc. & Paddock Laboratories, Inc.*